*August 31, 2017*

2017-Ohio-7387.]

**2015–1203.   Heineman v. Testa.**
Board of Tax Appeals, Nos. 2013–1985 through 2013–1989, and 2015–268. On joint motion to remand to the tax commissioner. Motion granted. The cause is remanded to the tax commissioner to take further action as appropriate.

**2017–0752.   In re Application of Ohio Power Co.**
Public Utilities Commission, Nos. 14–1693–EL–RDR and 14–1694–EL–AAM. On first appellant's motion for leave to file a portion of its supplement under seal and second appellant's motion for leave to file an amended supplement. Motions granted. The amended supplement shall be filed within 10 days.

**2017–1015.   State ex rel. Keith v. Dept. of Rehab. & Corr.**
Franklin App. No. 15AP–1080, 2017-Ohio-4406. On appellant's motion for mediation referral. Motion denied. On appellant's motion for extension of time to file merit brief and request to stay pending on motion for mediation. Motion and request denied as moot. Appellant may file a request or stipulation for extension as permitted under S.Ct.Prac.R. 3.03(B)(2).

*August 31, 2017*

2017-Ohio-7392.]

**2017–1207.   Howell v. Consol. Rail Corp.**
Cuyahoga App. No. 104554, 2017-Ohio-6881. Sua sponte, appellee ordered to file a response, if any, to appellants' motion for stay no later than 5:00 p.m. on Tuesday, September 5, 2017.